# EXHIBIT A



US00D680795S

(12) **United States Design Patent**   (10) Patent No.:   **US D680,795 S**
Chung   (45) **Date of Patent:**   ✱✱ **Apr. 30, 2013**

(54) **BARBECUE GRILL**

(76) Inventor: **Kiosky Chung**, Taichung (TW)

(**) Term: **14 Years**

(21) Appl. No.: 29/406,357

(22) Filed: **Nov. 12, 2011**

(51) LOC (9) Cl. ................................................ 07-02
(52) U.S. Cl.
 USPC ....................................................... **D7/334**
(58) Field of Classification Search ................... D7/332,
 D7/334, 337, 402–406, 409; 126/27, 44,
 126/25 R, 41 R, 9 R, 40, 50, 38, 39 H, 39 N,
 126/39 K, 39 M, 39 R, 39 J, 39 G, 39 E,
 126/285 R, 290, 80, 243, 287; 99/425, 444–446,
 99/450, 481, 482, 340; 431/247, 207, 264
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D511,924 S | * | 11/2005 | Chung | D7/334 |
| D512,263 S | * | 12/2005 | Chung | D7/334 |
| D526,833 S | * | 8/2006 | Chung | D7/334 |
| D526,834 S | * | 8/2006 | Chung | D7/334 |
| D618,037 S | * | 6/2010 | Chung | D7/334 |
| D623,888 S | * | 9/2010 | Chung | D7/334 |
| D653,494 S | * | 2/2012 | Chung | D7/334 |
| 2010/0326417 A1 | * | 12/2010 | Groth et al. | 126/25 R |

* cited by examiner

*Primary Examiner* — Ruth McInroy

(57) **CLAIM**

I claim the ornamental design for a barbecue grill, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a barbecue grill, showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 7 Drawing Sheets**




Case 1:16-cv-00581-LCB-JLW   Document 1-1   Filed 06/06/16   Page 2 of 9



FIG. 1

Case 1:16-cv-00581-LCB-JLW   Document 1-1   Filed 06/06/16   Page 3 of 9



FIG. 2



FIG. 3

Case 1:16-cv-00581-LCB-JLW   Document 1-1   Filed 06/06/16   Page 5 of 9



FIG. 4



FIG. 5

Case 1:16-cv-00581-LCB-JLW   Document 1-1   Filed 06/06/16   Page 7 of 9



FIG. 6

Case 1:16-cv-00581-LCB-JLW    Document 1-1    Filed 06/06/16    Page 8 of 9



FIG. 7