# EXHIBIT B

# OWNER'S MANUAL

# 17.5in. Square Charcoal Grill

Model No. BY16-102-002-02



## OUTDOOR USE ONLY! NEVER USE INDOORS!

| | |
|---|---|
|  | **CARBON MONOXIDE HAZARD**<br>Burning charcoal inside can kill you. It gives off carbon monoxide, which has no odour. NEVER burn charcoal in enclosed spaces. E.g. Homes, vehicles or tents. |
|  | Read and follow all of these manufacturer instructions before beginning assembly or operation. Failure to do so could result in fire, burns, or other serious personal injury. |
|  | Keep this owner's manual for future reference. If you sell or give this product to someone else, make sure this manual accompanies this product. |

Case 1:16-cv-00581-LCB-JLW   Document 1-2   Filed 06/06/16   Page 2 of 12



Model No. BY16-102-002-02

# Exploded View



## Parts List

| No. | Part Description | Qty | Image | No. | Part Description | Qty | Image |
|---|---|---|---|---|---|---|---|
| 1 | Lid | 1 | | 8 | Sliding Vent | 1 | |
| 2 | Lid Air Vent | 1 | | 9 | Leg Support Cup | 4 | |
| 3 | Handle | 1 | | 10 | Stationary Leg | 2 | |
| 4 | Cooking grate | 1 | | 11 | Wheel Leg | 2 | |
| 5 | Charcoal grate | 1 | | 12 | Bottom Shelf | 1 | |
| 6 | Bottom Bowl | 1 | | 13 | Wheel | 2 | |
| 7 | Lock | 1 | | 14 | Plastic Stopper | 2 | |

# Step 4

**4-1:** Attach the plastic stoppers (14) to the stationary legs (10).



**4-2:** Align axle holes in wheel legs (11) during assembly. Wheel legs attach to the rear of the bottom bowl, at the end opposite the sliding vent.

**4-3:** Slide the top end of each stationary leg (10) & wheel leg (11) through a leg support cup (9).

**4-4:** Attach each leg to the bowl with a M6x25 screw (C) and aluminum washer (I). Partially tighten each screw with screwdriver.





Align holes in stationary legs during this step.

Align axle holes in wheel legs during this step.

# Step 5

**5-1:** Slide the long ends of the bottom Shelf (12) through the wheel legs (11), and the short ends through the stationary legs (10). Slide a wheel (13) and flat washer (F) onto each long end.

**5-2:** Thread a Cotter Pin (B) onto each long end. The wheel should spin, but not wobble.

**5-3:** Slide an aluminum washer (E) onto each short end. Thread a wing nut (H) onto each short end and tighten by hand.

**5-4:** Tighten all screws/ nuts from Steps 4 to 5 with screwdriver.




Model No. BY16-102-002-02

## Step 6

Attach each large hinge and small hinge to the inner sides of the lid with one M5x10 screw (G), one aluminum washer (E), and one M5 wing nut (D) as shown.

**NOTE:** The aluminum washers go between the hinges and the wall of the lid to help protect the finish.







## Step 7

Place the charcoal grate (5) into the bottom of the bowl.
Set the cooking grate (4) along the top edge of the bowl.
**NOTE:** The notched corners go at the rear, and allow the hinges to clear the cooking grate.







## Step 8    Lock Lid

  

**Note :Lid must be locked before transporting.**

## Step 9    Unlock Lid

  

**Note: Always unlock and open lid before lighting.**

## Care and Maintenance

- Wash cooking grids and charcoal grates with hot, soapy water. Rinse well and dry completely with a towel. NEVER allow grates to drip dry, or dry in a dishwasher. They will rust.
- After washing and drying, lightly coat grates and grids with vegetable oil or vegetable oil spray.
- Clean the inside and outside of the grill by wiping it with a damp cloth. Apply a light coat of vegetable oil or vegetable oil spray to the interior surfaces to prevent rusting.
- If rust appears on the **outside** of your grill, clean and buff the affected area with steel wool or fine grit emery cloth. Touch up spots with a good quality **high-temperature-resistant** paint.

 NEVER apply paint to the interior surface. Doing so could cause a fire resulting in serious bodily harm or property damage.

- If rust appears on the **interior** surface of your grill, clean and buff the affected area with steel wool or fine grit emery cloth. Coat the interior lightly with vegetable oil or vegetable oil spray

## Operating Instructions

 Use only a lump charcoal, high grade plain charcoal, cooking wood or charcoal/wood mixture. Never use charcoal that has been pre-treated with lighter fluid.

### First Use

1. Please peel off and discard protective film from lid brand tag before using.
2. Remove manufacturing oils before cooking on this charcoal grill for the first time, by operating the charcoal grill for at least 16 minutes with the lid closed. This will "heat clean" the internal parts and dissipate odors.
3. Make sure all labels, packaging and protective films have been removed from the charcoal grill.

### Lighting Instructions

 Check to make sure the air vents are free of debris and ash before using the charcoal grill.

1. Open lid and vents.
2. Make sure bottom bowl is empty.
3. Remove cooking grid.
4. Light per instructions on fuel package.
5. Allow fuel time to ash into glowing coals before cooking.



⚠ **CAUTION:** Never add lighting fluid to hot or even warm coals as flashback may occur causing serious injury or damage to property.

⚠ **CAUTION:** When using a liquid starter always check bottom bowl before lighting. Fluid can collect in the bottom bowl and could ignite resulting in a fire.

# ⚠ CAUTION: Protective gloves or oven mitts should be worn while operating the Sliding Vent(Part 8).

## Direct Cooking

Cooking directly over hot coals is ideal for searing in juices and grilling food requiring less than 25 minutes of grilling time, such as steaks, hamburgers, hot dogs, chicken parts, vegetables and fruit.
1. Open lid and remove cooking grid.
2. Load and light charcoal per "Lighting Instruction" section. Leave lid open.
3. While wearing protective gloves, carefully spread hot coals evenly across charcoal grid with a long handle tool.
4. While wearing protective gloves replace cooking grid, close lid and allow charcoal grill to preheat.
5. While wearing protective gloves open lid and place food onto cooking grids above the hot coals with long handle tongs.
6. With lid open or closed, cook until desired internal food temperatures are achieved.

Note: If additional briquettes are needed, remove food from cooking grid and while wearing protective gloves remove the cooking grid and place additional briquettes without disturbing the hot coals. Carefully replace cooking grid and food.

7. Allow charcoal to burn out by closing lid and all vents.

For more tips on direct cooking please see "Tips for Better Cookouts and Longer Grill Life".

## Indirect Cooking

Not cooking directly over hot coals is ideal for slow cooking and grilling foods requiring more than 25 minutes such as most roasts, loins, chops, whole chickens, turkey, fish and baked goods.
1. Open lid and remove cooking grid.
2. Load and light charcoal per "Lighting Instructions" section. Leave lid open.
3. While wearing protective gloves, carefully spread hot coals to the outside of charcoal grid with a long handle tool.
4. While wearing protective gloves replace cooking grid, close lid and allow charcoal grill to preheat.
5. Wear protective gloves open lid. Use long handled tools to place food onto cooking grids above the areas without hot coals.
6. With lid closed, cook until desired internal food temperatures are achieved.

Note: If additional briquettes are needed, remove food from cooking grid and while wearing protective gloves remove the cooking grid and place additional briquettes without disturbing the hot coals. Carefully replace cooking grid and food.

7. Allow charcoal to burn out by closing lid and all vents.

For more tips on direct cooking please see "Tips for Better Cookouts and Longer Grill Life".

# Controlling Flare-ups:

⚠️ **CAUTION:** Do not use water on a grease fire. This can cause the grease to splatter and could result in serious burns, bodily harm or other damage.

⚠️ **CAUTION:** Do not leave charcoal grill unattended while preheating or burning off food residue. If charcoal grill has not been cleaned, a grease fire can occur that may damage the product.

⚠️ **WARNING:** When cooking, fire extinguishing materials shall be readily accessible.
In the event of an oil/grease fire. Use type BC dry chemical fire extinguisher or smother with dirt, sand or baking soda. Do not attempt to extinguish with water.

Flare-ups are a part of cooking meats on a charcoal grill and adds to the unique flavor of grilling.
Excessive flare-ups can over-cook your food and cause a dangerous situation for you and your charcoal grill.
Excessive flare-ups result from the build-up of grease in the bottom of your charcoal grill.
If grease fire occurs, close the lid until the grease burns out. Use caution when opening the lid as sudden flare-ups may occur.
If excessive flare-ups occur, DO NOT pour water onto the flames.

# Minimize Flare-ups:

1. Trim excess fat from meats prior to cooking.
2. Cook high flat contents meat indirectly.
3. Ensure that your charcoal grill is on hard, level, non-combustible surface.

# Tips for Better Cookouts and Longer Grill Life

1. To reduce flare-up keep charcoal grill clean, use lean cuts of meat (or trim fat) and avoid cooking on very high temperatures.
2. Place delicate foods like fish and vegetables in aluminum foil pouches and indirect cook or place on upper cooking levels (warming rack).
3. To avoid losing natural juices, use long handled tongs or spatulas instead of forks and turn foods over just once during cooking.
4. When indirect cooking roasts and larger cuts of meat, place meat onto a roasting rack inside a heavy gauge metal pan.
5. Try water pans to reduce flare-ups and cook juicer meats. Before starting coals remove cooking grids and place a heavy duty shallow pan directly on charcoal grid. Fill half way with water, fruit juices or other flavored liquids. Place coals around grid. per "Lighting Instructions", replace cooking grids and position food over the loaded pan.
6. Enhance food flavors by using wood chips in smoker boxes or aluminum foil pouches. Follow the wood manufacturer's instructions.
7. Rotisseries, charcoal grill baskets, vertical poultry holders and other accessories can enhance your experiences, reduce cooking times and aid in clean-up.
8. Clean cooking grids and racks after every use with a quality charcoal grill bush designed for your grid material. Wear protective gloves and gently remove the build-up while grids are hot.

 Model No. BY16-102-002-02

9. Allow charcoal grill to fully cool after every use. Then protect clean cooking grids with a light coat of cooking oil, clean out all ashes, wipe outside surfaces with a suitable kitchen cleaner and protect surfaces with a quality cover that is properly fits your charcoal grill.

10. Watch barbecue themed TV shows or purchase related barbecue cookbooks to learn helpful and interesting tips.

# Cleaning and Care

⚠ **CAUTION: All cleaning and maintenance should be done when charcoal grill is cool (about 45 minutes) and with the fuel supply removed.**

⚠ **CAUTION: DO NOT clean any charcoal grill part in a self cleaning oven. The extreme heat will damage the finish.**

## Notices:

1. Abrasive cleaners will damage this product.
2. Never use oven cleaner to clean any part of charcoal grill.

## Cleaning Surfaces:

1. Wipe surfaces clean with mild dishwashing detergent or baking soda.
2. For stubborn surfaces use a citrus based degreaser and a nylon scrubbing brush.
3. Rinse clean with water.

## Tips:

1. Keep charcoal grill covered when not in use to help prevent rust.
2. Applying a light coat of vegetable oil or vegetable oil spray to the interior surfaces of the charcoal grill can help prevent rust. Do Not coat charcoal grate of bottom bowl.



Model No. BY16-102-002-02

## Limited Warranty

- BaZhou SanXin Steel Pipe Co.,Ltd("Vendor") warrants to original retail purchase of this product, and to no other person, that if this product is assembled and operated in accordance with the printed instructions accompanying it, then for a period of one(1)year from the date of purchase, all parts in such product shall be free from defects in material and workmanship. Vendor may require reasonable proof of your date of purchase. Therefore, you should retain your sales slip or invoice. This Limited Warranty shall be limited to the repair or replacement of parts, which prove defective under normal use and service and which Vendor shall determine in its reasonable discretion upon examination to be defective. Before returning any parts, you should contact Vendor's Customer Service Department using the contact information listed below. if Vendor confirms, after examination, a defect covered by this Limited Warranty in any returned part, and if Vendor approves the claim, Vendor will replace such defective part without charge. if you return defective parts, transportation charges must be prepaid by you. Vendor will return replacement parts to the original retail purchaser, freight or postage prepaid.
- This Limited Warranty does not cover any failures or operating difficulties due to accident, abuse, misuse, alteration, misapplication, improper installation or improper maintenance or service by you or any third party, or failure to perform normal and routine maintenance on the product as set out in this owner's manual. In addition, the Limited Warranty does not cover damage to the finish, such as scratches, dents, discoloration, rust or other weather damage, after purchase.

### Thank you for purchasing this charcoal grill !

If you need help, have missing or damaged parts, or have any questions, please e-mail us at

**customerservice@sumxingint.com**

Or, call us toll free at

**1-855-328-4769 (8:30AM-4:30PM, Monday through Friday, Central Standard Time)**